```
NEIL S. LERNER (SBN 134031)
DONALD J. SANDS (SBN 62628)
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone:   310-979-9144
Facsimile:   310-979-9244

Attorneys for Plaintiff,
TIMOTHY HARPER LEE
```

ORIGINAL LODGED
FILED
AUG 10 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HARPER LEE, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>The Vessel TIFFANY a.k.a. BOBBI JAMES, her engines, tackle, equipment, appurtenances, and furnishings, etc.,<br><br>   Defendant. | No. 2:06-CV-1757 DFL CMK<br><br>IN ADMIRALTY<br><br>**ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN AND MOVEMENT OF ARRESTED VESSEL**<br><br>Local Rule A-550 |

Lee v. The Vessel Tiffany                                                    Doc. 10

   WHEREAS, a Complaint and supporting affidavit have been filed in the above-entitled Court against the Defendant motor vessel (M/V) TIFFANY, a 1972 65-foot Pacemaker bearing hull serial no. 189, titled and registered in the State of Oregon under Title No. B0271528 and Watercraft Title/Registration No. 653MG, also known as the M/V BOBBI JAMES, registered in the State of California under Registration No. CF 1939 UB, and her engines, tackle, equipment, appurtenances, and furnishings, etc., *in rem* upon an admiralty and

1 maritime claim, for the reasons and cause therein stated and praying
2 for process of warrant for the arrest of said vessel, her engines,
3 tackle, equipment, appurtenances, and furnishings, etc., and that
4 all persons having or claiming any interest in or to the same may be
5 cited to answer the premises, and that the true and lawful title to
6 said vessel, her engines, tackle, equipment, appurtenances, and
7 furnishings, etc., and right to possession thereof, be finally
8 declared by this Court, or in the alternative that the same be sold
9 under the direction of this Court and the proceeds of such sale
10 brought into this Court to be divided according to law;
11    WHEREAS, this Court having reviewed the Complaint and
12 supporting papers, after due consideration it appearing that the
13 conditions for an action *in rem* within the admiralty and maritime
14 jurisdiction of this Court exist;
15    WHEREAS, an Order for Issuance of Process and Warrant of
16 Maritime Arrest and a Warrant of Maritime Arrest having issued out
17 of and under the seal of this Court;
18    WHEREAS, this Court having reviewed the Declaration of Chester
19 Duane White in Support of Motion for Appointment of Substitute
20 Custodian and Movement of Vessel and supporting papers, after due
21 consideration it appearing that WESTERN CALIFORNIA YACHT SALES, a
22 California sole proprietorship, is suitable for appointment as
23 substitute custodian of the Defendant vessel and that adequate
24 insurance exists;
25 ///
26 ///
27 ///
28 ///

ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN AND MOVEMENT OF ARRESTED VESSEL

IT IS HEREBY ORDERED that WESTERN CALIFORNIA YACHT SALES is appointed the substitute custodian of the Defendant vessel, her engines, tackle, equipment, appurtenances, and furnishings, etc., in place and stead of the United States Marshal for the Eastern District of California;

IT IS FURTHER ORDERED that the United States Marshal for the Eastern District of California shall tender possession of the Defendant vessel, her engines, tackle, equipment, appurtenances, and furnishings, etc. immediately upon its arrest or as soon thereafter as is reasonably practicable to WESTERN CALIFORNIA YACHT SALES as the substitute custodian;

IT IS FURTHER ORDERED that WESTERN CALIFORNIA YACHT SALES, as substitute custodian, shall accept custody of the Defendant vessel, her engines, tackle, equipment, appurtenances, and furnishings, etc. from the United States Marshal for the Eastern District of California and detain the same in its custody until further order of this Court.

IT IS FURTHER ORDERED that WESTERN CALIFORNIA YACHT SALES, as substitute custodian, shall move the Defendant vessel, her engines, tackle, equipment, appurtenances, and furnishings, etc. from the location of its arrest or tender of custody by the United States Marshal for the Eastern District of California to 4330 Buckley Cove Way, Stockton, California 95219 and detain the same at that location until further order of this Court.

DATED: August 10, 2006

_____
United States District Judge

ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN AND MOVEMENT OF ARRESTED VESSEL