**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY HARPER LEE, | No. CIV S-06-1757-RRB-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| THE VESSEL TIFFANY, | |
| Defendant. | |
| _____/ | |

Plaintiff brings this admiralty action in rem for possession and quiet title. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 2, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 2, 2007, are adopted in full;

2. Plaintiff's motion for default judgment (Doc. 25) is granted;

3. The court decrees that plaintiff is the sole lawful owner of the vessel M/Y "Tiffany," #OR 653 MG, also known as the M/Y "Bobbi James," #CF 1939 UB;

4. Plaintiff is entitled to the exclusive exercise of all rights, interests, and incidents of ownership of said vessel;

5. The substitute custodian, Western California Yacht Sales, is directed to release the subject vessel from its custody into the possession of plaintiff upon satisfaction of the substitute custodian's fees;

6. The California Department of Motor Vehicles is directed to clear the cloud to plaintiff's title to the subject vessel by removing the registration of the subject vessel issues March 28, 2006;

7. All parties shall bear their own costs and attorney's fees; and

8. The Clerk of the Court is directed to enter judgment and close this file.

ENTERED this 15th day of November, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE